CC: Fiscal Dept.

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case Nos. CV 10-08088 VAP(DTBx); EDCV 09-02055 |
| Plaintiff, | **ORDER DISBURSING INTERPLED FUNDS** |
| v. | |
| THOMASINIA SPARKS, et al., | |
| Defendants. | |

Pursuant to the Stipulation (CV 10-08088, Doc. No. 46) entered by the parties and approved by the Court, and the Court's Order Approving Compromise of a Pending Action of Minor (CV 10-08088, Doc. No. 50), the Clerk is hereby ordered to disburse the interpled funds in EDCV 09-02055 as follows:

1. The Clerk is to disburse $6,085.11 to K.S., a minor, to be deducted from the interpled funds in EDCV 09-02055 and disbursed to Harry J. Histen as trustee for K.S.;

2. The Clerk is to disburse $6,085.11 to Malik Sparks, to be deducted from the interpled funds in EDCV 09-02055 and disbursed by check mailed to Malik Sparks, 5950 Argyle Avenue, San Bernardino, CA 92404;

3. The Clerk is to disburse $6,085.11 to Gracie Simon-Lovett, to be deducted from the interpled funds in EDCV 09-02055 and disbursed by checked mailed to Gracie Simon-Lovett, 5950 Argyle Avenue, San Bernardino, CA 92404;

4. The Clerk is to disburse the balance of the interpled funds in EDCV 09-02055 to Thomasinia Sparks, by check mailed to Thomasinia Sparks, P.O. Box 55513, Riverside, CA 92517.

Dated: June 14, 2012

VIRGINIA A. PHILLIPS
United States District Judge

2