JS - 6

CC: Fiscal Dept.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | Case Nos. CV 10-08088 VAP(DTBx); EDCV 09-02055 VAP(DTBx) |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| THOMASINIA SPARKS, et al., | ) ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith and the Court's June 12, 2012 Order (CV 10-08088, Doc. No. 50), IT IS ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of K.S., a minor, in the amount of $6,085.11, to be deducted from the interpled funds in EDCV 09-02055 and disbursed to Harry J. Histen as trustee for K.S.;

2. Judgment is entered in favor of Malik Sparks in the amount of $6,085.11, to be deducted from the interpled funds in EDCV 09-02055 and disbursed by check mailed to Malik Sparks, 5950 Argyle Avenue, San Bernardino, CA 92404;

3. Judgment is entered in favor of Gracie Simon-Lovett in the amount of $6,085.11, to be deducted from the interpled funds in EDCV 09-02055 and disbursed by checked mailed to Gracie Simon-Lovett, 5950 Argyle Avenue, San Bernardino, CA 92404;

4. Judgment is entered in favor of Thomasinia Sparks in the amount of the balance of the interpled funds in EDCV 09-02055, to be disbursed by check mailed to Thomasinia Sparks, P.O. Box 55513, Riverside, CA 92517

It is so ordered.

Dated: June 14, 2012

VIRGINIA A. PHILLIPS
United States District Judge